UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KATHY CALVERT, *et al.*,   Case No. 1:17-cv-635

    Plaintiffs,   Judge Timothy S. Black

vs.

LINDFIELD EQUIPMENT, LLC, *et al.*,

    Defendants.

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised by the parties that this civil action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **IT IS SO ORDERED**.

Date: 1/5/18   /s/ *Timothy S. Black*
    Timothy S. Black
    United States District Judge